AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

| | |
|---|---|
| AISHIA PETERSEN | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-22709-JB |
| ALEXANDER WANG LLC | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ALEXANDER WANG LLC  
1201 HAYS STREET  
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ACACIA BARROS, P.A.  
11120 N. KENDALL DRIVE, SUITE 201  
MIAMI, FL 33176  
(305) 639-8381

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  07/16/2024

Angela E. Noble  
Clerk of Court

*s/ A. Rodriguez*  
Deputy Clerk  
U.S. District Courts

SUMMONS